IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT MOFFATT,                                      Case No. 07-767-HO

       Plaintiff,                                JUDGMENT

  v.

Commissioner of Social Security,

       Defendant,

    The decision of the Commissioner is reversed.  This matter is remanded to the Appeals Council for remand to the administrative law judge for further proceedings.

    DATED this __25th__ day of September, 2008.


                                                     __s/ Michael R. Hogan__
                                                United States District Judge